United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 15, 2003**

Charles R. Fulbruge III
Clerk

In the

# United States Court of Appeals
## for the Fifth Circuit

m 02-20354

WILLIE E. PRATT
AND
BERNARD GARRETT,

Plaintiffs-Appellants,

VERSUS

CITY OF HOUSTON,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas
m H-98-CV-3587

Before SMITH, WIENER, and BARKSDALE,
Circuit Judges.

PER CURIAM:*

Willie Pratt and Bernard Garrett appeal a
judgment, following a bench trial, in which the
district court, after a remand by this court,

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be published
(continued...)

* (...continued)
and is not precedent except under the limited cir-
cumstances set forth in 5TH CIR. R. 47.5.4.

found no racial discrimination by the defendant employer, the City of Houston. We have reviewed the briefs and applicable authorities and pertinent portions of the record and have heard the arguments of counsel. We conclude that the district court was correct in its decision and, in any event, did not commit clear error under FED. R. CIV. P. 52.

The judgment is AFFIRMED.